UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT C. COMRIE,

                            Plaintiff,

              -against-                           25-CV-3360 (DEH)

WARDEN JOHN DOE/JOE DOE; C.O. RIVES        ORDER OF SERVICE
SHIELD #20120; CAPTAIN JOHN DOE
SHIELD #4911,

                            Defendants.

DALE E. HO, United States District Judge:

      Plaintiff, who currently is incarcerated at Clinton Correctional Facility, brings this action, *pro se*, under 42 U.S.C. § 1983, alleging that while he was detained on Rikers Island in the Eric M. Taylor Center ("EMTC"), Defendants failed to protect him from another detainee's assault. By order dated May 27, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1]

      The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that the EMTC Warden, Officer Rives Shield #20120, and Captain John Doe #4911 waive service of summons.

      The Court also directs the New York City Law Department to provide the Court and Plaintiff with the real names of the EMTC Warden and Captain John Doe #4911, **within 30 days of the date of this order**. *See Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997) (holding that a *pro se* plaintiff is entitled to assistance from the district court in identifying a defendant).

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

Within 30 days of receiving this information, the Court will direct the Clerk of Court to add the newly named defendants to the caption of the complaint.

Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of service of the complaint, Defendants must serve responses to these standard discovery requests. In their responses, Defendants must quote each request verbatim.[2]

## CONCLUSION

The Clerk of Court is directed to mail an information package to Plaintiff.

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order.

The Court requests that Defendants EMTC Warden, Officer Rives Shield #20120, and Captain John Doe #4911 waive service of summons.

The Clerk of Court is directed to mail a copy of this Order and the Complaint to the New York City Law Department at: 100 Church Street, New York, NY 10007.

SO ORDERED.

Dated:  May 27, 2025
        New York, New York

_____
DALE E. HO
United States District Judge

---

[2] If Plaintiff would like copies of these discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the Pro Se Intake Unit.