**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ROBERT C. COMRIE,

                                 Plaintiff,           **25-CV-3360 (DEH) (VF)**

                 -against-                           **UPDATED VALENTIN ORDER**

JOHN DOE/JOE DOE et al.,

                                 Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        On May 27, 2025, the Honorable Dale E. Ho issued a Valentin order, directing the New York City Law Department (the "City") to provide the Court and Plaintiff with the real names of the EMTC Warden and Captain John Doe #4911. See ECF No. 10. In a letter filed on June 26, 2025, the City indicated it is unable to confirm the identity of Captain John Doe #4911 and requested that Plaintiff provide additional information. See ECF No. 12.

        The Court directs the City to conduct an additional search of the captain on duty covering the area of "1 Main Dayroom" E.M.T.C., C-76, on February 24, 2023, at approximately 10:53 a.m. See ECF No. 1 at 15-16. If there was no captain on duty at that time, the City is directed to search for the supervisory officer on duty. The City is directed to provide the Court and Plaintiff with the results of this search within 30 days of the date of this order. See Valentin v. Dinkins, 121 F.3d 72, 76 (2d Cir. 1997) (holding that a pro se plaintiff is entitled to assistance from the district court in identifying a defendant). Within 30 days of receiving this information from the City, the Court will direct the Clerk of Court to add the newly named defendant to the caption of the complaint.

2

      The Clerk of Court is directed to mail this Order to Plaintiff at the following address:

Robert C. Comrie  
DIN: 24B4315  
Clinton Correctional Facility  
P.O. Box 2001  
Dannemora, NY 12929

      **SO ORDERED.**

DATED:  New York, New York  
          July 2, 2025

                                          VALERIE FIGUEREDO  
                                          United States Magistrate Judge