UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ROBERT C. COMRIE,

                            Plaintiff,                  **25-CV-3360 (DEH) (VF)**

              -against-                           **ORDER**

JOHN DOE/JOE DOE et al.,

                          Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      At ECF No. 15, Plaintiff requests clarification as to where his case will be heard. This case was filed in the Southern District of New York. The District Judge assigned to the case, the Honorable Dale E. Ho, is the presiding judge. Judge Ho issued a referral to the undersigned Magistrate Judge to manage pretrial matters. Both Judge Ho and the undersigned are judges of the Southern District of New York, regardless of which courthouse our chambers are located in. Any correspondence by Plaintiff to the Court concerning the case can be sent to the Pro Se Intake Unit at the following address: Pro Se Intake Unit, 500 Pearl Street, Room 205, New York, NY 10007.

      The Clerk of Court is respectfully directed to mail this Order to Plaintiff at the following address:

Robert C. Comrie
DIN: 24B4315
Clinton Correctional Facility
P.O. Box 2001
Dannemora, NY 12929

      **SO ORDERED.**

DATED: New York, New York
           July 14, 2025

                                                                  VALERIE FIGUEREDO
                                                                  United States Magistrate Judge