UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROBERT C. COMRIE,

                           Plaintiff,                    25-CV-3360 (DEH) (VF)

              -against-                          **ORDER**

JOHN DOE/JOE DOE et al.,

                         Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Taking into consideration that Plaintiff is incarcerated and proceeding pro se, the Court is sua sponte granting an extension of the deadline for Plaintiff to file his amended complaint. Plaintiff is directed to file an amended complaint with the names of all identified defendants by **September 25, 2025**.

      The Clerk of Court is directed to mail this Order to Plaintiff at the following address:

Robert C. Comrie
DIN: 24B4315
Clinton Correctional Facility
P.O. Box 2001
Dannemora, NY 12929

      **SO ORDERED.**

DATED:  New York, New York
              September 10, 2025

                                                   VALERIE FIGUEREDO
                                                   United States Magistrate Judge