**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ROBERT C. COMRIE,

                        Plaintiff,                    **25-CV-3360 (DEH) (VF)**

        -against-                            **ORDER**

JOHN DOE/JOE DOE et al.,

                        Defendants.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Court construes Plaintiff's letter at ECF No. 26 as his amended complaint.

Defendants are directed to file an answer by **Friday, January 2, 2026** or propose a briefing

schedule for a motion to dismiss.

The Clerk of Court is respectfully directed to mail this Order to Plaintiff at the following

address:

    Robert C. Comrie
    DIN: 24B4315
    Clinton Correctional Facility
    P.O. Box 2001
    Dannemora, NY 12929

    **SO ORDERED.**

DATED:  New York, New York
        December 12, 2025                                             

                                         VALERIE FIGUEREDO
                                         United States Magistrate Judge