**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROBERT C. COMRIE,

                       Plaintiff,                 **25-CV-3360 (DEH) (VF)**

        -against-                         **ORDER**

JOHN DOE/JOE DOE et al.,

                     Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The Court is in receipt of Plaintiff's updated address. <u>See</u> ECF No. 31. The Clerk of

Court is respectfully directed to mail this Order to Plaintiff at the following address:

      Robert Comrie
      DIN: 24B4315
      Five Points Correctional Facility
      State Rt 96
      P.O. Box 119
      Romulus, NY 14541

      **SO ORDERED.**

DATED:  New York, New York
         February 18, 2026               _____
                                     VALERIE FIGUEREDO
                                     United States Magistrate Judge