**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ROBERT C. COMRIE,

Plaintiff,

-against-

JOHN DOE/JOE DOE et al.,

Defendants.

---------------------------------------------------------------X

**25-CV-3360 (DEH) (VF)**

**ORDER OF SERVICE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The Clerk of Court is directed to mail an information package to Plaintiff. The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this Order. The Court requests that Defendants City of New York, New York City Department of Correction, EMTC Warden Sonya Harvey, C.O. Rives Shield #20120, and Bernard Mathis Shield #82 waive service of summons.

The Clerk of Court is directed to mail a copy of this Order and the Amended Complaint (ECF No. 26) to the New York City Law Department.

**SO ORDERED.**

DATED: New York, New York
August 13, 2026

VALERIE FIGUEREDO
United States Magistrate Judge